No. 1051. MERCHANTS & MINERS' TRANSPORTATION COMPANY, PETITIONER, *v.* ROBINSON BAXTER-DISSOSWAY TOWING & TRANSPORTATION COMPANY ET AL.; No. 1052. MERCHANTS & MINERS' TRANSPORTATION COMPANY ET AL., PETITIONERS, *v.* GENERAL CHEMICAL COMPANY; and No. 1053. MERCHANTS & MINERS' TRANSPORTATION COMPANY, PETITIONER, *v.* LOUIS GILDERSLÉEVE ET AL. April 22, 1912.  Petitions for writs of certiorari to the United States Circuit Court of Appeals for the First Circuit denied.  *Mr. Daniel H. Hayne* for the petitioner, The Merchants & Miners' Transportation Company. *Mr. Samuel Park* for the Robinson Baxter-Dissosway Towing & Transportation Company, one of the petitioners in No. 1052, and one of the respondents in No. 1051. *Mr. James J. Macklin* and *Mr. De Lagnel Berier* for the respondents in Nos. 1052 and 1053.

---

No. 1066. ATLANTIC MUTUAL INSURANCE COMPANY, PETITIONER, *v.* PENINSULAR & OCCIDENTAL STEAMSHIP COMPANY, OWNER, ETC.  April 22, 1912.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.  *Mr. Walter F. Taylor* and *Mr. George E. Hamilton* for the petitioner. *Mr. John F. Lewis* and *Mr. Francis S. Laws* for the respondent.